IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHARI HUTCHINSON, | ) | CASE NO. 1:08 CV 2966 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| CUYAHOGA COUNTY BOARD OF | ) | |
| COUNTY COMMISSIONERS, *et al.*, | ) | |
| | ) | **REPORT & RECOMMENDATION** |
| Defendants. | ) | |

This case is before me on referral[1] for a ruling on the motion of the plaintiff, Shari Hutchinson, to compel discovery.[2]

In aid of the resolution of the discovery dispute underlying the motion to compel, I ordered counsel to meet and confer in my chambers on March 29, 2010.[3] I met with counsel after their conference. Counsel reported that they have reached an agreement resolving their dispute. Despite good faith efforts and due diligence, counsel concur that additional time is needed to complete discovery and prepare motions for summary judgment. They have now filed a joint motion for amendment of the current case management plan and have provided with that motion a proposed order amending that plan.[4]

---

[1] ECF # 50.

[2] ECF # 49.

[3] ECF # 51.

[4] ECF # 55.

Based upon my discussions with counsel, I believe that good cause exists to amend the current case management plan.  Counsel have admirably cooperated in identifying discovery that needs to be completed and in developing a proposed schedule to conclude discovery, briefing on summary judgment motions, and preparation for trial if necessary.

Consistent with the Court's schedule, I recommend the granting of the joint motion to amend the case management plan.  Hutchinson's motion to compel is denied as moot.  The referral for decision on the motion to compel is terminated.


Dated:   March 30, 2011                                            s/ William H. Baughman, Jr.
                                                                                    United States Magistrate Judge


## Objections

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the District Court's order.[5]

---

[5] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).