UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | | |
|---|---|---|
| SHARI HUTCHINSON, | : | CASE NO. 1:08CV02966 |
| Plaintiff, | : | |
| vs. | : | ORDER [Resolving Doc. 55] |
| CUYAHOGA COUNTY BOARD OF COUNTY COMMISSIONERS, ET AL., | : | |
| Defendants. | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has before it the parties' joint motion to amend the Case Management Plan Dates. The motion is granted and the Court reschedules the earlier assigned dates as follows: dispositive discovery to be completed by May 31, 2011; dispositive motions to be filed by June 15, 2011; responses to dispositive motions due by June 30, 2011; replies to dispositive motions due by July 11, 2011; all discovery to be completed by September 1, 2011; final pretrial conference set for September 29, 2011, at 8:30 a.m, Chambers 18A (Cleveland) and jury trial assigned on a two-week standby basis beginning October 3, 2011, at 8:00 a.m.. Courtroom 18A ( Cleveland); plaintiff shall identify experts by May 31, 2011 and defendants shall identify experts by June 30, 2011.  THERE WILL BE NO FURTHER CHANGES TO THIS SCHEDULE.

IT IS SO ORDERED.

Dated: March 31, 2011                                         s/         *James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE